IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| RUDY OMAR LARIOS HERNANDEZ<br>7409 Upshur Street<br>Hyattsville, Maryland 20874<br><br>and<br><br>JUANA MARTINA SANCHEZ LOPEZ<br>7109 Buchanan St.<br>Hyattsville, Maryland  20784<br><br>   Plaintiffs,<br><br>v.<br><br>LA FLOR DE MAYO BAKERY, INC.<br>d/b/a THE MAYFLOWER BAKERY<br>4600 Cooper Lane<br>Hyattsville, Maryland 20784<br><br>   Serve: Resident Agent<br>            Sidronio P. Mantilla<br>            3207 Toledo Plaza, Apt. 104<br>            Landover Hills, Maryland 20784<br><br>SIDRONIO P. MANTILLA<br>3207 Toledo Plaza, Apt. 104<br>Landover Hills, Maryland 20784<br><br>   Defendants. | Civil Action No. |

## COMPLAINT

Plaintiffs, Rudy Omar Larios Hernandez and Juana Martina Sanchez Lopez ("Plaintiffs"), by and through their attorneys, Mary Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, hereby file their Complaint against Defendants La Flor De Mayo Bakery, Inc. d/b/a The Mayflower Bakery and Sidronio P. Mantilla (collectively "Defendants"), under the Maryland Wage Payment and Collection Law ("MWPCL") Md. Code Ann., *Labor & Empl.*, § 3-501, *et seq.*,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4071197_1

the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Maryland Wage & Hour Law ("MWHL"), Md. Code Ann., *Lab. & Empl.* § 3-401, *et seq.*, stating as follows:

## INTRODUCTION

Plaintiffs worked for Defendants as bakers. Plaintiffs were paid at the same hourly rate for all hours worked. Plaintiffs worked hours in excess of forty hours per week and were not paid at the overtime rate of one and a half times their regular hourly rates for all hours in excess of forty hours per week as required by Maryland and federal law. Defendants have willfully violated the clear and well-established overtime provisions of the MWPCL, the FLSA, and the MWHL. Plaintiffs seek compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

## JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiffs are adult residents of Maryland.

4. Defendant is a Maryland corporation.

5. Defendant Sidronio P. Mantilla is the owner of The Mayflower Bakery.

6. At all times material herein, Defendants, in the aggregate and as a single enterprise, had annual gross volume of sales made or business done in an amount exceeding $500,000.

7. Each Defendant is an "employer" within the meaning of the FLSA, the MWHL, and the MWPCL.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4071197_1

8. Defendants have at least two or more employees who are engaged in commerce, handle, sell or otherwise work on goods or materials that have moved in or were produced for commerce. Defendants negotiate and purchase from producers and suppliers who operate in interstate commerce and serve customers in interstate commerce.

9. At all times relevant, Defendants constituted an "enterprise" within the meaning of 29 U.S.C. § 203(r).

10. Defendant Sidronio P. Mantilla controlled the day to day operations of The Mayflower Bakery.

11. Defendant Sidronio P. Mantilla had the power to hire, fire, suspend, and discipline Plaintiff.

12. Defendant Sidronio P. Mantilla supervised Plaintiff directly or indirectly.

13. Defendant Sidronio P. Mantilla directly or indirectly set and controlled Plaintiffs' work schedules or had the power to do so.

14. Defendant Sidronio P. Mantilla directly or indirectly set and determined the rate and method of Plaintiffs' pay or had the power to do so.

15. The Maryland Court of Appeals made clear that individual employers are liable under FLSA, the MWHL or the MWPCL if the employer met the economic reality test for "control." *Campusano v. Lusitano Const. LLC*, 208 Md. App. 29, 36-40 (2012).

16. Defendant Sidronio P. Mantilla would be considered an employer for purposes of individual liability because of his intrinsic involvement in the business.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

FACTS

17. Plaintiff Larios Hernandez worked as a baker for approximately 78 hours per week, Thursday through Tuesday. He was paid $450.00 per week in 2012, $400.00-$500.00 per week in 2013 and $600.00 per week for most of 2014-2015.

18. Plaintiff Sanchez Lopez worked as a baker for approximately 53 hours per week, Monday through Sunday, with one day off. She was paid $7.25 per hour in 2014 and her pay was subsequently raised to $7.50.

19. Plaintiff Larios Hernandez is owed approximately $32,906.96 in minimum and overtime wages.

20. Plaintiff Sanchez Lopez is owed approximately $4,213.66 in minimum and overtime wages.

21. Plaintiffs are owed minimum and overtime wages that Defendants willfully failed and refused to pay to Plaintiffs in violation of Maryland and federal law.

22. By statute, Defendants are required to maintain records of the name of each employee, the rate of pay of each employee, the amount paid to each employee per pay period and the hours each employee worked each day and workweek. *See* Md. Code, *Labor and Empl*, §3-424.

23. Should the employers fail to comply with their duty to record hours worked and wages paid, the court will find that no bona fide dispute existed regarding wages the employee was owed for work performed. *Marroquin v. Canales*, 505 F. Supp. 2d 283 (D. MD. 2007).

24. The precise number of hours worked and wages owed should be revealed through discovery.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4

4071197_1

25. Defendants knowingly and intentionally violated Plaintiffs' rights under Maryland and federal law.

## COUNT I
**(Violation of the Maryland Wage Payment and Collection Law)**

26. Plaintiffs adopt herein by reference paragraphs 1 through 25 above as if fully set forth herein.

27. The amounts owed to Plaintiffs by Defendants for unpaid overtime wages constitute "wages" under the MWPCL. Md. Code Ann., *Labor & Empl.,* § 3-501(c).

28. Defendants were required to pay to Plaintiffs compensation at the rate of one and a half times their regular hourly rates for all hours worked in excess of forty hours per week. *See* Md. Code, *Labor and Empl*, §3-415.

29. While employed by Defendants, Plaintiff worked overtime hours that were not properly compensated by Defendants as required by the MWPCL.

30. Unpaid overtime wages are due and owing to Plaintiffs by Defendants.

31. Defendants' failure and refusal to comply with their obligations under the MWPCL was not due to any bona fide dispute, and was therefore willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter judgment against Defendants, jointly and severally, and in favor of Plaintiffs in an amount to be determined at trial, but no less than $111,361.86 which equals three times the wages owed; and to grant to Plaintiffs their reasonable attorneys' fees and costs and such other and further relief as the Court deems just and proper.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

## COUNT II
### (FLSA)

32. Plaintiffs adopt herein by reference paragraphs 1 through 25 above as if fully set forth herein.

33. Defendants were required to pay Plaintiffs compensation at the rate of one and a half times their regular hourly rates for all hours worked in excess of forty hours per week. *See* 29 U.S.C. § 207(a)(2).

34. Defendants were required to pay Plaintiffs a minimum wage of $7.25 per hour. 29 U.S.C. § 206(a)(1)(c).

35. Plaintiffs were at times paid below the required minimum wage.

36. Throughout the Employment Period, Defendants failed to compensate Plaintiffs at the rate of one and a half times their regular hourly rates for all hours worked in excess of forty hours per week.

37. Defendants' actions complained of herein constitute a willful violation of Section 207 of the FLSA.

38. Defendants' violation makes them liable to Plaintiffs for all unpaid overtime compensation, and an additional equal amount as liquidated damages.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendants, jointly and severally, and in their favor in an amount to be determined at trial, but not less than $74,241.24 which is two times the total overtime compensation owed, to grant Plaintiffs their reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

## COUNT III
### (Violation of the Maryland Wage and Hour Law)

39. Plaintiffs adopt herein by reference paragraphs 1 through 25 above as if fully set forth herein.

40. Defendants were required to pay Plaintiffs one and a half times their regular hourly rates for hours in excess of forty hours per week. *See* Md. Code Ann., *Lab. & Empl.* § 3-415

41. Throughout the Employment Period, Defendants failed to properly pay Plaintiffs overtime as required by the MWHL.

42. Unpaid overtime wages are due and owing to Plaintiffs by Defendants.

43. Defendants' failure and refusal to comply with their obligations under the MWHL was willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendants, jointly and severally, and in favor of Plaintiffs in an amount to be determined at trial, but not less than $37,120.62 and to grant to Plaintiffs their reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

                                      Respectfully submitted,

                                      STEIN SPERLING BENNETT
                                      DE JONG DRISCOLL PC

By:      /s/ *Mary Craine Lombardo*
        Mary Craine Lombardo (17140)
        25 West Middle Lane
        Rockville, Maryland 20850
        301-340-2020
        301-354-8126 (fax)
        mlombardo@steinsperling.com

*Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

7

4071197_1